**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| NIHAL ERKAN, *on behalf of herself and all others similarly situated*, : | Case No.: 1:24-cv-01746-EK-JRC |
| Plaintiffs, : | |
| v. : | NOTICE OF MOTION FOR DEFAULT JUDGMENT |
| DOR L'DOR, INC., : | |
| Defendant. : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**PLEASE TAKE NOTICE** that the undersigned attorneys for Plaintiff, NIHAL ERKAN hereby move, at a date and time to be set by the Court, before the Honorable Magistrate Judge JAMES R. CHO, at the Courtroom 11D South of the Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201, for an Order granting a default judgment against the Defendant DOR L'DOR, INC.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff shall rely upon the accompanying Memorandum in Support of the Motion, and the accompanying Exhibits.

Dated: July 19, 2024

Hicksville, New York

**MARS KHAIMOV LAW, PLLC.**

By: */s/ Mars Khaimov*
Mars Khaimov, Esq.
marskhaimovlaw@gmail.com
100 Duffy Ave., Suite 510
Hicksville, NY 11801
Tel: (929) 324-0717
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------x

NIHAL ERKAN, *on behalf of herself and all others similarly situated*,

        Plaintiffs,

  v.

DOR L'DOR, INC.,

        Defendant.

------------------------------------x

Case No.: 1:24-cv-01746-EK-JRC

AFFIRMATION OF MARS KHAIMOV

Mars Khaimov, Esq., affirms under the penalties of perjury, 28 U.S.C. sec. 1746:

1. That I am admitted to practice law within the State of New York, and the United States District Court, Eastern District of New York, and currently represent the Plaintiff, NIHAL ERKAN, with respect to a Complaint filed on March 8, 2024 against Defendant, alleging violations of the Americans with Disabilities Act ("ADA"), and contemporaneous State and City violations, pursuant to 42 U.S.C. § 12181 et seq. (Complaint attached hereto as "Ex. A")

2. That I make this affirmation pursuant to Rule 55.1 and 55.2(a) of the Civil Rules for the Eastern District of New York, in support of plaintiff's Order to Show Cause for the entry of a default judgment against defendant.

3. This Court has subject-matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 42 U.S.C. § 12181, as Plaintiff's claims arise under Title III of the ADA, 42 U.S.C. 12181, et seq., and § 1332.

4. That service upon the Defendant was made on March 22, 2024, pursuant to Business Corporation Law - BSC § 306. (Affidavit of Service attached hereto as "Ex. B")

5. That Defendant failed to reply to said Complaint and on June 12, 2024, I moved for a Certificate of Default, which was issued by the Clerk of the Eastern District of New York, on June 20, 2024. (Certificate of Default attached hereto as "Ex. C")

6. That upon information and belief, during the interim from the filing of the Complaint until the present time, Defendant has not responded or made contact with Plaintiff.

7. That upon information and belief, no extensions were granted to Defendant to delay Defendant's response deadline or dispositive motions.

8. That a Judgment of Default is only applicable against the sole defendant in this action, DOR L'DOR, INC.

9. Accordingly, and pursuant to the Service Members Civil Relief Act, Title 50, United States Code, Section 521, your affiant has no reason to believe that the putative Defendant is a minor or currently enlisted, warranted, or commissioned in military service and unable to respond to these proceedings.

**Causes of Action/Relief Requested**

10. That the Complaint alleged violations of Title III of the Americans with Disabilities Act ("A.D.A."), pursuant to 42 U.S.C. § 12182 et seq., New York Executive Law § 296 et seq., and New York City Civil Rights Law § 40 et seq., premised upon Defendant's failure to conform their website to be equally accessible to blind and visually impaired individuals.

11. That Plaintiff's Prayer for Relief sought preliminary and permanent injunctions, pursuant to 42 U.S.C. § 12188(a)(2); A Declaration of Defendant's non-compliance; an Order certifying the Class and sub-classes, pursuant to Fed.R.Civ.P. 23(a), (b)(2) and (b)(3); Compensatory Damages and Civil Penalties, pursuant to New York City Civil Rights Law § 40-d; and Administrative Code 8-126(a), and 8-502.

12. Plaintiff seeks compensatory damages pursuant to the New York State Human Rights ("NYSHRL") Law and New York City Human Rights Law ("NYCHRL"), in the amount of $1,500. *Cruz v. Wide Open Arts, LLC,* 23 CV 103 (HG)(RML) (E.D.N.Y. Aug. 14, 2023)

13.  Plaintiff seeks an award for reasonable attorney fees and costs, pursuant to 42 U.S.C. § 12205, as the prevailing party in this action, *Buckhannon Bd. & Care Home v. W.Va. Dep't of Health & Human Res*., 532 U.S. 598 (2001), in an amount to be determined by this Court.

14. That based upon the Defendant's inaction with respect to the instant Complaint, it is asserted that judicial intervention is necessary to resolve the matter.

**WHEREFORE**, Plaintiff respectfully requests that an Order be entered as to the concurrently filed Proposed Default Judgment, and for such other and further relief as this Honorable Court may deem just and proper.

Dated:    July 19, 2024

By: */s/ Mars Khaimov*
Mars Khaimov, Esq.
Attorney for Plaintiff
100 Duffy Ave., Suite 510
Hicksville, NY 11801
Mars@khaimovlaw.com
Tel: (929) 324-0717

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| NIHAL ERKAN, *on behalf of herself and all others similarly situated*, | : Case No.: 1:24-cv-01746-EK-JRC |
| Plaintiffs, | : |
| v. | : PROPOSED DEFAULT JUDGMENT |
| DOR L'DOR, INC., | : |
| Defendant. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

This action having been commenced on March 8, 2024, by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on Defendant, on March 22, 2024, and a proof of service having been filed on March 25, 2024, and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is:

**ORDERED, ADJUDGED AND DECREED:**

      a.    A preliminary and permanent injunction to prohibit Defendant from violating the Americans with Disabilities Act, 42 U.S.C. §§ 12182, *et seq.,* N.Y. Exec. Law § 296, *et seq.,* N.Y.C. Administrative Code § 8-107, *et seq.,* and the laws of New York, is hereby granted as follows:

A preliminary and permanent injunction requiring Defendant to take all the steps necessary to make its Website into full compliance with the

      requirements set forth in the ADA, and its implementing regulations, so that the Website is readily accessible to and usable by blind individuals;

      b.     A declaration that Defendant owns, maintains and/or operates its Website in a manner that discriminates against the blind and which fails to provide access for persons with disabilities as required by Americans with Disabilities Act, 42 U.S.C. §§ 12182, *et seq.,* N.Y. Exec. Law § 296, *et seq.*, N.Y.C. Administrative Code § 8-107, *et seq.*, and the laws of New York;

      c.     Compensatory damages in the amount of $1,500 including all applicable statutory and punitive damages and fines, to Plaintiff and the proposed class and subclasses for violations of their civil rights under New York State Human Rights Law and City Law;

      d.     Pre and post-judgment interest;

      e.     An award of costs and expenses of this action together with reasonable attorneys' and expert fees;

      f.     A hearing to be held in the courthouse to determine the specific amount of damages, civil penalties, and reasonable attorney fees; and

      g.     Such other and further relief as this Court may deem just, proper and equitable.

Dated: Brooklyn, New York

                                                      _____
                                                      Hon. James R. Cho
                                                      United States Magistrate District Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
NIHAL ERKAN *on behalf of herself and*
*all others similarly situated*,

                Plaintiffs,         Case No. 1:24-cv-01746-EK-JRC

              v.

DOR L'DOR, INC.,

                              AFFIDAVIT OF SERVICE
                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Mars Khaimov being duly sworn, says: that I am over the of eighteen years and am not a party herein, that I reside in Nassau County and that on the 19th day of July 2024 I served a copy of the following documents of this action:

MOTION FOR DEFAULT JUDGMENT and SUPPORTING PAPERS

upon the parties hereinafter named at the places hereinafter stated and set opposite their name by regular mail, and depositing same to be properly enclosed in a postpaid, properly addressed wrapper, and deposited in an official depository under the exclusive care and custody of the United States Postal Service, directed to be said parties at their last known physical addresses given below.

                                                             Mars Khaimov, Esq.

TO:

DOR L'DOR, INC.
802 Avenue U
Brooklyn, NY 11223